# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:17-cr-00021-JCM-GWF-6 |
| vs. | **ORDER** |
| TOMASZ MARCINIAK, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Amend Summons and to Continue Initial Appearance (ECF No. 106), filed on March 21, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Government's Motion to Amend Summons and to Continue Initial Appearance (ECF No. 106) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue an amended summons to Defendant 6, Tomasz Marciniak, directing that he appear to answer the superseding indictment on Wednesday, March 29, 2017 at 3:00 p.m. before Magistrate Judge George W. Foley, Jr.

**IT IS HEREBY ORDERED** that Defendant Marciniak's initial appearance for arraignment and entry of plea is rescheduled for Wednesday, March 29, 2017 at 3:00 p.m. in Courtroom 3A before Magistrate Judge George W. Foley, Jr.

DATED this 23rd day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge