✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 1 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-021-JCM-(GWF) |
| Plaintiff, | ) | |
| v. | ) | Final Order of Forfeiture |
| TOMASZ MARCINIAK, | ) | |
| Defendant. | ) | |

This Court found that Tomasz Marciniak shall pay the in personam criminal forfeiture money judgment of $54,968.83 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Third Superseding Criminal Indictment, ECF No. 129; Plea Agreement, ECF No. 326; Preliminary Order of Forfeiture, ECF No. 327; Change of Plea, ECF No. 328.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $54,968.83 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Tomasz Marciniak the in personam criminal forfeiture money judgment of $54,968.83, not to be held jointly and severally liable with any codefendants and the

collected money judgment amount between all codefendants is not to exceed $3,300,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 12th day of Oct, 2018.

UNITED STATES DISTRICT JUDGE