MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 S. Fort Apache Rd.
Las Vegas, Nevada 89148
Tel:  (702) 835-1542
maf@fletcherfirmlaw.com
Attorney for Defendant,
TOMASZ MARCINIAK

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO.: 2:17-CR-0021 |
|---|---|
| Plaintiff, | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REMOVAL FROM CM/ECF E-NOTICE LIST** |
| vs. | |
| TOMASZ MARCINIAK, | |
| Defendant. | |

COMES NOW Maysoun Fletcher, Esq. and hereby moves this Court for an Order granting her request to withdraw as counsel of record for Tomasz Marciniak and to remove her from the CM/ECF E-Notice List.  This Motion is based upon the attached declaration in lieu of an affidavit.

Respectfully submitted this 25th day of May, 2022.

By:*/s/ Maysoun Fletcher*
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041
Fletcher Firm, P.C.
5510 S. Fort. Apache Rd.
Las Vegas, Nevada 89148

## DECLARATION IN LIEU OF AFFIDAVIT OF MAYSOUN FLETCHER, ESQ.

## NRS 53.045

MAYSOUN FLETCHER, ESQ. declares,

1. I am an attorney duly licensed to practice law in the State of Nevada. I declare this based upon my own personal knowledge except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

2. I was previously appointed as CJA counsel in the above-referenced matter on March 29, 2017 [ECF No. 125]. The Defendant was sentenced on October 11, 2018 and the Judgement of Conviction was filed on October 15, 2018 [ECF No. 392].

3. Withdrawal of the undersigned attorney of record will not delay proceedings in this matter. LR 1A 11-6

4. Mr. Marciniak was served by mail at his last known address: Tomasz Marciniak, 2566 Lawncrest NE, Grand Rapids, MI 49505.

5. That based upon the above-referenced information, I ask the Court for an order allowing me to withdraw as counsel of record and also to remove me from the CM/ECF E-Notice List.

DATED this 25th day of May, 2022.

**Good cause appearing, IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney of Record and Removal from CM/ECF E-Notice List is GRANTED.**

*/s/ Maysoun Fletcher, Esq.*
MAYSOUN FLETCHER, ESQ.
Nevada Bar No. 10041

**U.S. MAGISTRATE JUDGE**

**Dated:  May 26, 2022**

2