UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Tomasz Marciniak
Case No.: 2:17CR00021

REQUEST TO TRANSFER JURISDICTION

July 11, 2022

TO: The Honorable James C. Mahan
     Senior United States District Judge

As your Honor may recall, Tomasz Marciniak was sentenced by your Honor on October 11, 2018, to five (5) years of Probation for the offense of Conspiracy to Commit Mail Fraud and Wire Fraud, a Class C Felony. On the same date, Marciniak commenced his supervision term in the Western District of Michigan where he has remained.

Marciniak has expressed no intention in returning to the District of Nevada. Therefore, the Western District of Michigan respectfully requests that jurisdiction be transferred from the District of Nevada to the Western District of Michigan. If your Honor is in agreement, the attached Transfer of Jurisdiction (Prob 22) form is attached for your signature.

Please contact the undersigned officer at [Briana_Casey@nvp.uscourts.gov](mailto:Briana_Casey@nvp.uscourts.gov) or 702-527-7266 with any questions or concerns.

                                                        Respectfully submitted,

                                                        _____

                                                        Briana Casey
                                                        United States Probation Officer Assistant

Approved:

_____
Joy Gabonia
Supervisory United States Probation Officer

|  |  |  |  |
|---|---|---|---|
| PROB 22 (Rev. 2/88) |  |  | DOCKET NUMBER *(Tran. Court)* 2:17CR00021 |
|  | TRANSFER OF JURISDICTION |  | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tomasz Marciniak | Nevada | U.S. Probation Office |
|  | NAME OF SENTENCING JUDGE | |
|  | James C. Mahan | |
|  | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/11/2018 | TO 10/10/2023 |

OFFENSE
18 USC 1341, 1343 & 1349 Conspiracy to Commit Mail Fraud; Wire Fraud

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 15, 2022  
*Date*

*/s/ James C. Mahan*  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF Michigan

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*          *United States District Judge*